STATE of Missouri, Respondent,

v.

Michael D. SANDERS, Appellant.

No. WD 60740.

Missouri Court of Appeals,
Western District.

Oct. 28, 2003.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and EDWIN H. SMITH and HOWARD, JJ.

### Order

PER CURIAM.

Michael Sanders appeals from his conviction of drug trafficking in the second degree. Sanders argues that the State failed to prove he had actual or constructive possession of the methamphetamine found in the basement of the house where he was staying. We hold the State introduced sufficient evidence for a reasonable trier of fact to find Sanders guilty beyond a reasonable doubt.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

John C. WERNER, Appellant.

No. WD 61774.

Missouri Court of Appeals,
Western District.

Oct. 28, 2003.

Irene C. Karns, Columbia, MO, for appellant.

John M. Morris, III, Dora A. Fichter, Co–Counsel, Jefferson City, MO, for respondent.

Before ELLIS, C.J., LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

The appellant was convicted, after a jury trial, of first-degree murder and armed criminal action for which he was sentenced, respectively, to life in prison without parole, and life. His two points on appeal raised under plain error, that there was not sufficient evidence to prove the element of deliberation and that the prosecutor improperly defined the term deliberation, have no merit. Affirmed. Rule 30.25(b)